**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00500-LTB-CBS

JASON P. CLAUSEN,

      Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
ARISTEDES W. ZAVARAS, Director, Colorado DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, John Suthers,

      Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on September 9, 2008 (Doc 19). Plaintiff requested and was granted an extension to October 24, 2008 to file objections. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this case is DISMISSED WITH PREJUDICE.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: October 28, 2008