IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00500-LTB-CBS

JASON P. CLAUSEN,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
ARISTEDES ZAVARAS, Director, Colorado DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, John Suthers,

    Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this __4th__ day of December, 2008.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  JUDGE, UNITED STATES DISTRICT COURT
                                  FOR THE DISTRICT OF COLORADO