FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-00500 LTB-CBS

JASON P. CLAUSEN,

    Applicant,

vs.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
ARISTEDES ZAVARAS, Director, Colorado DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __13th__ day of __April__, 2011.

BY THE COURT:

_s/Lewis T. Babcock_
Lewis T. Babcock
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00500 LTB-CBS

Larimer County Justice Center
201 LaPorte Ave Ste 100
Fort Collins, CO 80521

Jason P. Clausen
# 117064
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/13/11  .

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk